492

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DENNIS LUMPKIN, Defendant-Appellant.

(No. 57615;

First District (5th Division)—July 13, 1973.

PER CURIAM.
LORENZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (William C. North and John T. Moran, Jr., Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John C. O'Rourke, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHNNIE WALTON, Defendant-Appellant.

(No. 56414;

First District (3rd Division)—July 19, 1973.